NEW CANAAN BANK AND TRUST COMPANY *v.*
NICHOLAS D. CERRETANI III ET AL.
(10205)

O'CONNELL, NORCOTT and LAVERY, Js.

Argued December 3—decision released December 31, 1991

*Norton P. Feinstein,* for the appellants (defendants).
*Todd H. Lampert,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

JOHN HYCHKO *v.* THOMAS DIDOMIZIO
(10127)

DALY, LAVERY and LANDAU, Js.

Argued December 9—decision released December 31, 1991

*Robert P. Hanahan,* for the appellant (plaintiff).
*F. Herbert Gruendell,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.